# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:09-CV-136-RLV-DSC

| | |
|---|---|
| MARX INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| BASELINE LICENSING GROUP, LLC, | ) |
| Defendant /Third-Party Plaintiff | ) |
| v. | ) |
| CONSUMER SPECIALTIES INCORPORATED OF NORTH CAROLINA, | ) |
| Third-Party Defendant. | ) |

## ORDER

Upon Motion to Stay Discovery by Plaintiff and Third Party Defendant, and having consulted with the chambers of the District Judge to whom this case is assigned (the Honorable Richard L. Voorhees), the Motion to Stay Discovery is **GRANTED**. Discovery shall be stayed until the Court renders a decision on Plaintiff's Motion for Judgment on the Pleadings. After such decision, the discovery schedule and scope shall be evaluated based upon the ruling of the Court.

**SO ORDERED**.  Signed: May 3, 2010

David S. Cayer
United States Magistrate Judge