# United States District Court
# For The Western District of North Carolina
# Statesville Division

MARX INDUSTRIES, INC.,

    Plaintiff(s),

vs.

BASELINE LICENSING GROUP, LLC,

    Defendant(s),

vs.

CONSUMER SPECIALTIES INCORPORATED OF NORTH CAROLINA,

    Third-Party Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV136

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2011, Order.

Signed: August 30, 2011

Frank G. Johns, Clerk
United States District Court